**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06cv70**

| | |
|---|---|
| **PAULA MAY TOWNSEND,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **MARK WILLIAM SHOOK, individually** ) | |
| **and in his official capacity as Sheriff of** ) | |
| **Watauga County; WATAUGA COUNTY;** ) | |
| **and JOHN DOE SURETY,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant Mark William Shook's Motion for Extension of Time to Answer or Otherwise Plead. Having considered defendant Mark William Shook's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Mark William Shook's Motion for Extension of Time to Answer or Otherwise Plead (#8) is **GRANTED,** and such defendant is allowed up to and inclusive of July 31, 2006, to so Answer or otherwise respond.

Signed: July 11, 2006

Dennis L. Howell
United States Magistrate Judge