# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv70

| | |
|---|---|
| PAULA TOWNSEND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MARK WILLIAM SHOOK, individually ) | |
| and in his official capacity as Sheriff of ) | |
| Watauga County; WATAUGA COUNTY; ) | |
| and JOHN DOE SURETY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the Mandate of the Court of Appeals for the Fourth Circuit, No. 07-2188, issued may 18, 2009, and consistent with the Judgment of the appellate court, the Clerk of this court is instructed to set this matter on for trial of all the plaintiff's remaining claims during the first civil term available for the undersigned beginning on or after July 1, 2009.

Signed: May 20, 2009

Dennis L. Howell
United States Magistrate Judge

-1-